**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8     IN THE UNITED STATES DISTRICT COURT
9     FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   USA,                                              No. C 06-00610 SBA
12           Plaintiff,                                **ORDER**
13      v.
14   PARKVIEW NURSING CENTER, INC.,
15           Defendant.
16   _____/
17           IT IS HEREBY ORDERED THAT the Change of Plea hearing in the abobe-captioned matter
18   is scheduled for September 26, 2006, at 11:00 a.m.
19
20   Dated: 9/18/06                                    SAUNDRA BROWN ARMSTRONG
                                                      United States District Judge
21
22
23
24
25
26
27
28